IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID FARMER, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AFFORDABLE INSURANCE GROUP INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO. 0:23-cv-60042-RNS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff David Farmer hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own fees and costs.

Dated: February 15, 2023

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881